Justin D. Harris, #199112

HARRIS LAW FIRM, PC
7110 N. Fresno St., Suite 400
Fresno, California 93720
Telephone (559) 272-5700
Facsimile (559) 554-9989
jdh@harrislawfirm.net

Attorneys for Robert McNutt and Aldona Dement

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -OAKLAND DIVISION

| | |
|---|---|
| ROBERT J. MCNUTT, an individual, ALDONA DEMENT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA, a public entity, RAINER NAVARRO, in his official capacity as Chief of Police for the CITY OF SANTA ROSA, ESTATE OF MARYLOU ARMER, individually and in her capacity as a detective for the CITY OF SANTA ROSA,<br><br>Defendants. | Case No.: 21-cv-06890-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO CIVIL L.R. 6-3 TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] |

The motion by Plaintiffs Robert McNutt ("**Mr. McNutt**") and Aldona Dement ("**Ms. Dement**") (collectively "**Plaintiffs**"), pursuant to Civil L.R. 6-3, to enlarge their time to respond to Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [FRCP 12(b)(6)] (the "Motion") came before the Court.

The Court having considered the Motion, the lack of opposition, and good cause appearing, orders as follows:

//

//



[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO CIVIL L.R. 6-3 TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]

1. Plaintiffs' Motion to Enlarge Time is granted;

2. Plaintiffs' response to Defendants' Motion to Dismiss shall be extended from December 27, 2021 to January 18, 2022, whether by opposition or the filing of a first amended complaint;

3. Any reply by Defendants shall be filed by January 25, 2022 or, if an amended complaint is filed, a response shall be due by February 1, 2022.

IT IS SO ORDERED.

Dated: January  3  , 2022.


U.S. District Judge



[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO CIVIL L.R. 6-3 TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]